IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KYANOOSH SHAFAEI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-2066-RP |
| | § | |
| U.S. DEPARTMENT OF STATE, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Plaintiff Kyanoosh Shafaei ("Plaintiff"), who is proceeding *pro se*, filed his Complaint in this action on December 17, 2025. (Dkt. 1). The same day, the Court issued Summonses for Defendants. (Dkt. 2). However, to date, there is no indication that Plaintiff has properly effectuated service of the Complaint and Summonses on Defendants. Though Plaintiff filed a "proof of service" on the docket, (Dkt. 3), this filing indicated that Plaintiff attempted to effectuate service himself, which is not allowed under Federal Rule of Civil Procedure 4(c)(2). The Court explained this rule to Plaintiff and ordered Plaintiff to show cause in writing on or before April 30, 2026, as to why the claims against Defendants should not be dismissed for failure to timely effectuate service within ninety days.[1] (Order to Show Cause, Dkt. 4).

The Court's Order to Show Cause also warned Plaintiff that failure to show cause may result in dismissal of this action for want of prosecution or failure to comply with a court order. (*Id.* at 2). *See* Fed. R. Civ. P. 41(b) (action may be dismissed for want of prosecution or failure to comply with court order); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (district court has authority to

[1] "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). More than 90 days have passed since Plaintiff filed his Complaint. As an alternative to responding to the Order to Show Cause, the Court stated that Plaintiff could instead file proof of proper service on the docket. (Order to Show Cause, Dkt. 4, at 1–2).

dismiss case for want of prosecution or failure to comply with court order). To date—approximately two months after the Court docked its Order to Show Cause and approximately three weeks after his response to the Order to Show Cause was due—Plaintiff has not responded or taken any other action in this case.

Given that Plaintiff has taken no action in this for over four months and that Plaintiff has failed to respond to the Court's Order to Show Cause, (Dkt. 4), the Court finds that there is a clear record of inaction and nonresponsiveness that justifies dismissing this action for want of prosecution.

Accordingly, **IT IS ORDERED** that Plaintiff's claims against Defendants in this action are **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** on May 18, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE